MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO**

| | |
|---|---|
| MICHAEL ANTHONY YBARRA,<br><br>              Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>              Defendant. | Case No. 1:18-CV-00924-BAM<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between Michael Anthony Ybarra (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of seven (7) days to file her Opposition to Plaintiff's Opening Brief. The current due date is March 25, 2019. The new date will be April 1, 2019. This is the first extension of time requested by Defendant in the above-captioned matter. Defendant respectful requests this extension because the attorney responsible for briefing this case recently returned from extended medical leave and was reassigned this case from another attorney last

week.  This request is made in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: March 21, 2019                    By: */s/ Jonathan Omar Pena* *
                                        JONATHAN OMAR PENA
                                        Attorney for Plaintiff
                                        (*As authorized by e-mail on March 21, 2019)


Date: March 21, 2019                    MCGREGOR W. SCOTT
                                        United States Attorney

                                         */s/ Gina Tomaselli*
                                        GINA TOMASELLI
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant


## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have an extension of time to file a response to Plaintiff's Opening Brief.  Defendant's response shall be filed on or before April 1, 2019.  All other deadlines in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **March 22, 2019**                                    /s/ **Barbara A. McAuliffe**
                                                              UNITED STATES MAGISTRATE JUDGE